# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JOHN L. HOWARD<br><br>                  Defendant. | **8:18CR134**<br><br>**ORDER** |

       This matter is before the court on the defendant's Unopposed Motion to Continue Trial [40]. Counsel is seeking additional time to resolve this matter short of trial or provide needed time to prepare for trial.

       **IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [40] is granted as follows:

       1. The jury trial, now set for April 23, 2019, is continued to **June 25, 2019.**

       2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 25, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

       Dated this 19th day of April 2019.

                                                       BY THE COURT:

                                                       s/Susan M. Bazis<br>                                                     United States Magistrate Judge